JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 700 -- IN RE LOS ANGELES DEPARTMENT OF WATER AND POWER CONTRACT LIT.

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/07/16 | 1 | MOTION, BRIEF, SCHEDULE, EXHIBITS & CERTIFICATE OF SERVICE -- Plaintiff: Department of Water and Power of the City of Los Angeles -- SUGGESTED TRANSFEREE DISTRICT: CENTRAL DISTRICT OF CALIFORNIA, SUGGESTED TRANSFEREE JUDGE: Honorable Richard A. Gadbois, Jr. (paa) |
| 86/07/22 | 2 | AMENDMENT TO MOTION (PLDG. #1) -- To add A-3 -- Department of Water & Power of the City of Los Angeles -- W/Brief & Cert. of Svc. (paa) |
| 86/07/23 | 3 | RESPONSE TO PLDG. #1 -- Filed by ASEA, INC., et al. -- w/CROSSMOTION and Brief & Cert. of Svc. (paa) |
| 86/07/25 |  | APPEARANCE: STUART G. OLES, ESQ. for ASEA, INC. & ASEA, A.B. (paa) |
| 86/07/29 |  | APPEARANCES: DALE R. ULIN, ESQ. for CH2M Hill, Inc. and CH2M Hill Northwest, Inc.; J.DAVID HANSON, ESQ. for City of Los Angeles Department of Water and Power. (paa) |
| 86/07/29 | 4 | REPLY (to pldg. #3) -- Department of Water and Power of the City of Los Angeles -- w/cert. of service (cds) |
| 86/07/30 | 5 | CROSS MOTION, BRIEF, SCHEDULE -- Defendants CH2M Hill, Inc. and CH2M Hill Northwest, Inc. -- SUGGESTED TRANSFEREE DISTRICT: DISTRICT OF OREGON -- W/Affidavits of Henry R. Streed, Larry D. Woodward and Richard L. Lambe; and cert. of svc. (paa) |
| 86/07/30 | 6 | RESPONSE (TO PLDGS. 1, 2, & 3) -- Defendants CH2M Hill, Inc. and CH2M Hill Northwest, Inc. -- W/cert. of svc. (paa) |
| 86/08/05 | 7 | EXTENSION GRANTED -- To Intermountain Power Agency only to and including August 20, 1986 for RESPONSE. (tmq) |
| 86/08/06 | 8 | RESPONSE -- ASEA, AB, and ASEA, Inc. -- to pldgs. #1 and pldgs. #2 -- w/cert. of svc. (tmq) |
| 86/08/13 | 9 | RESPONSE, BRIEF, (To pldg. 1) -- w/cert. of svc. (tmq) |
| 86/08/15 |  | HEARING ORDER -- Setting motion of Dept. of Water and Power City of Los Angeles, Cross-motion of CH2M Hill, Inc, et al., & Cross-motion of ASEA, Inc, et al. for transfer of A-1 thru A-3 -- On September 25, 1986 in Pittsburgh, Pa. (paa) |
| 86/08/19 | 10 | RESPONSE TO CH2M HILL'S CROSS MOTION, AFFIDAVITS, EXHIBITS AND BRIEF (to Pldg. No. 5) -- Los Angeles Department of Water and Power of the City of Los Angeles w/SUPPLEMENT TO MOTION (Pldgs. Nos. 1 and 2) to add Mark Steel Co. w/cert. of svc. (rew) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 700 -- IN RE LOS ANGELES DEPARTMENT OF WATER AND POWER CONTRACT LIT.

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/08/20 | 11 | REPLY (to pldg. #8) -- Plaintiff CH2M HILL'S w/affidavit and cert. of svc. (tmq) |
| 86/08/20 | 12 | MOTION, BRIEF, SCHEDULE (A-1 ---A-3) w/Exhibits Intermountain Power Agency - w/cert. of svc. (tmq) |
| 86/08/20 | 13 | RESPONSES (to pldg.#3 & 5) Filed by Intermountain Power Agency -- w/cert. of svc. (tmq) |
| 86/08/25 | | AMENDED CERT. OF SVC. -- Attached to pldg. #11 from Richard L. Lambe.(tmq) |
| 86/09/03 | 14 | RESPONSE, BRIEF, AFFIDAVITS, (to pldg. #12) -- From CH2M Hill, Inc. -- w/cert. of svc. (tmq) |
| 86/09/03 | 15 | RESPONSE (to pldg. #15) -- From CH2M Hill, Inc. -- w/cert. of svc. (tmq) |
| 86/09/03 | 16 | SUPPLEMENTAL CERT. OF SVC. -- pleadings filed by LADWP. (tmq) |
| 86/09/03 | 17 | REQUEST FOR EXTENSION -- Mark Steel -- GRANTED to Mark Steel to and including Sep. 5, 1986 to respond to motions (tmq) |
| 86/09/08 | 18 | RESPONSE AND JOINDER -- LADWP (to pldg. #12) w/cert. of svc. (tmq) |
| 86/09/08 | 19 | RESPONSE -- (to pldg. #10) ASEA, Inc. w/cert. of svc. (tmq) |
| 86/09/09 | 20 | AMENDED MOTION -- LADWP -- to add B-4 Mark Steel Corp. v. ASEA,. Inc., et al., D. Utah, C.A. No 86C0702 and B-5 Capitol Steel Corp. v. IPA, et al., W.D. Ok, Adversary No. 86-598 w/cert. of svc. (tmq) |
| 86/09/09 | 21 | RESPONSE -- MARK STEEL CORP. -- to pldg. #1 LADWP motion; pldg. #5 CH2M Hill cross motion; pldg. #12 IPA cross motion; and pldg. #3 ASEA cross motion -- w/cert. of svc. (tmq) |
| 86/09/10 | 22 | RESPONSE, BRIEF (to pldg. #12) -- ASEA, Inc. and ASEA AB -- w/cert. of svc. (tmq) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 700 -- In re Los Angeles Department of Water and Power Contract Lit.

| Date | Pldg. No. | Pleading Description |
|---|---|---|
| 86/09/11 | 23 | AMENDED CROSSMOTION -- ASEA, Inc. and ASEA, A.B. to add B-4 to Schedule of Actions on (pldg. #3) w/cert. of service and letter requesting B-4 be included in hearing and appearance for all defendant surety companies in B-4. (tmq) |
| 86/09/11 | | APPEARANCE -- B. Michael Schestopol, Esquire, for HIGHLNDS INSURANCE CO.; VIGLANT INSURANCE COMPANY; REINSURANCE CORP. OF NEW YORK; PRUDENTIAL REINSURANCE CO.; PACIFIC INDEMNITY CO.; NORTH AMERICAN REINSURANCE CORP.; NATIONAL INDEMNITY CO.; LUMBERMENS MUTUAL CASUALTY CO.; INA REINSURANCE CO.; INSURANCE CO. OF NORTH AMERICA; RELIANCE INSURANCE CO.; GENERAL REINSURANCE CORP.; EMPLOYER'S REINSURANCE CORP.; AMERICAN REINSURANCE CO.; ALLSTATE INSURANCE CO.; EMPLOYERS INSURANCE OF WAUSAU; AMERICAN INSURANCE CO.; PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE CO.; TRANSAMERICA INSURANCE CO.; CONTINENTAL CASUALTY CO.; NATIONAL FIRE INSURANCE CO.; SEABOARD SURETY CO.; U.S. FIDELITY AND GURANTY CO.; HARTFORD FIRE INSURANCE CO.; AETNA INSURANCE CO.; TRAVELERS INDEMNITY CO.; INDUSTRIAL INDEMNITY CO.; FIREMEN'S INSURANCE CO. OF NEWARK, NEW JERSEY; ST. PAUL FIRE AND MARINE INSURANCE CO.; HOME INSURANCE CO. |
| 86/09/15 | 24 | Motion, Memo in Support and Affidavits of Richard L. Lambe, Charles H. Combs, Edward L. Bliefuss and Robertl C. Lahmann - CH2M HILL to strike certain responses, pleadings of LADWP -- cert. of service attached. (tmq) |
| 86/09/16 | 25 | RESPONSE, BRIEF (to pldg. #20) -- ASEA -- w/cert. of svc. (tmq) |
| 86/09/18 | 26 | RESPONSE -- CH2M Hill (to pldg. #20) w/cert. of svc. (tmq) |
| 86/09/18 | 27 | Motion of Mark Steel Corporation to Sever and Try Separately in Utah All Claims Relating to Mark Steel. (tmq) |
| 86/09/22 | 28 | RESPONSE (to pldg. #27) -- deft. Intermountain Power Agency -- w/Exhibits and cert. of service (cdes) |
| 86/09/23 | 29 | RESPONSE (to pldg. #27); REPORT ON STATUS; REQUESTS FOR JUDICIAL NOTICE AND EXHIBIT; SUPPLEMENTAL AFFIDAVIT GALINDO; AND THREE ADDITIONAL EXHIBITS -- LADWP -- w/cert of service (tmq) |
| 86/09/23 | 30 | RESPONSE(to pldg. #10) -- Mark Steel -- w/cert. of svc. (tmq) |
| 86/09/23 | 31 | RESPONSE, BRIEF, EXHIBITS (to pldgS. no. 24 and 12) -- Intermountain Power Agency -- w/cert. of service (cds) |

JPML FORM 1A

p. 4

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 700 -- In re Los Angeles Dept. of Water and Power Contract Lit.

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/09/24 | 32 | ADDITIONAL EXHIBITS (to pldg. #27) copies are attached to pleading #29 -- LADWP -- w/cert. of service (tmq) |
| 86/09/25 |  | APPEARANCES FOR HEARING -- Pittsburgh, Pennsylvania on September 25, 1986 -- J. David Hanson, for Department of Water & Power of the City of Los Angeles; Ralph J. Shapira, Esq. for Intermountain Power Agency; Stuart G. Oles or Geoffrey P. Chism, Esqs. for ASEA, Inc. & ASEA AB; Paul J. Walstad, Esq. for Mark Steel Corporation; Richard L. Lambe, Esq. for CH2M Hill, Inc. & CH2M Hill, Northwest, Inc. (paa) |
| 86/10/02 |  | APPEARANCE: DALE R. ULINE, ESQ. FOR CH2M HILL, INC., CH2M HILL NORTHWEST, INC., CH2M HILL INTERNATIONAL CORP. (tmq) |
| 86/10/16 |  | CONSENT OF TRANSFEREE COURT -- for transfer of litigation to the C.D. California to the Hon. Richard A. Gadbois pursuant to 28 U.S.C. §1407 (rh) |
| 86/10/16 |  | TRANSFER ORDER -- transferring A-2 and A-3 to the C.D. California -- Notified involved counsel, misc. recipients, judges and clerks (rh) |
| 86/10/20 | 33 | SUPPLEMENTAL RESPONSE -- CH2M Hill Northwest, Inc. and CH2M Hill, Inc. re- A-2 -- w/cert. of svc. (tmq) |
| 86/10/29 | 34 | SUPPLEMENTAL RESPONSE -- RE: PLDG. #33. (tmq) |
| 87/06/16 |  | CONDITIONAL TRANSFER ORDER FILED TODAY -- A-5 Capitol Steel Corporation v. Intermountain Power Agency, et al., W.D. Oklahoma, C.A. No. 85-4959-B, Adversary No. 86-0598-B -- NOTIFIED INVOLVED JUDGES & COUNSEL -- (paa) |
| 87/07/01 | 35 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- B-5 Capitol Steel Corp. v. Intermountain Power Agency, et al., W.D. Okla., C.A. No. 85-4959-B (Adv. #86-0598-B) -- filed by ASEA, Inc and ASEA AB w/Attachments and cert. of service (cds) |
| 87/07/16 | 36 | MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- B-5 Capitol Steel Corp. v. Intermountain Power Agency, et al., W.D. Oklahoma, C.A. No. 85-4959-B (Adv. # 86-0598-B) -- filed by ASEA, Inc. and ASEA AB -- w/schedule, affidavit of Douglas S. Oles and cert. of service (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

P.5

DOCKET NO. 700 --

| Date | Pldg. | Pleading Description |
|---|---|---|
| 87/07/30 | | HEARING ORDER -- setting opposition of ASEA, INC. AND ASEA AB (B-5) Capitol Steel Corporation v. Intermountain Power Agency, et al., W.D. Oklahoma, C.A. No 87-1134A (formerly Bkcy. No. 85-4959-B, Adversary No. 86-0598-B) for hearing on September 16, 1987, in Philadelphia, Pa. -- Notified counsel, clerks and involved judges. rew |
| 87/08/03 | 37 | RESPONSE -- (to pldg. #36) Filed by Intermountain Power Agency -- w/cert. of svc. (rh) |
| 87/08/06 | 38 | RESPONSE -- (to pldg. #36) Filed by Mark Steel Corp. -- w/cert. of svc. (rh) |
| 87/08/11 | | APPEARANCE: CHARLES W. SULLIVAN, ESQ. for The Department of Water and Power of the City of Los Angeles (attorney was J. David Hanson) |
| 87/09/16 | | ALL WAIVED ORAL ARGUMENT (cds) |
| 87/09/23 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- B-5 Capitol Steel Corporation v. Intermountain Power Agency, et al., W.D. Oklahoma, C.A. No. 87-1134A (formerly Bkcy. No. 85-4959-B, Adversary No. 86-05-98-B) -- Notified involved judges, clerk and counsel (rh) |
| 88/05/03 | 39 | MOTION TO REMAND, BRIEF, AFFIDAVIT OF J. CRAIG RUSK, SCHEDULE -- pltf. in A-2 ASEA, Inc., et al. v. CH2M Hill Northwest, Inc., et al., C.D. California, #86-6948-RG (D.Oregon, #86-160PA) -- w/cert. of service (cds) |
| 88/05/17 | 40 | RESPONSE (TO PLDG. #39) -- deft. CH2M Hill -- w/Affidavit of Richard L. Lambe, Exhibit A and cert. of service (cds) |
| 88/05/18 | 41 | REPLY (to pldg. #40) -- pltf. ASEA, et al. -- w/Exhibit 1 and cert. of service (cds) |
| 88/06/14 | | HEARING ORDER -- Setting motion of ASEA, Inc. for remand of A-2 for hearing on July 28, 1988, in Portland, Maine. Notified involved counsel, clerks, judges. (rew) |
| 88/06/21 | 42 | SUPPLEMENTAL BRIEF -- (re: pldg. #39) -- deft. CH2M Hill w/svc. (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/07/27 | | WAIVERS FOR 7/28/88 HEARING -- ALL WAIVED (ds) |
| 88/08/15 | | REMAND ORDER -- remanding A-2 ASEA, Inc., et al. v. CH2M Hill Northwest, Inc., et al., C. Cal., C.A. No. 86-6948-RG (D. Oregon, C.A. No. 86-160PA) -- Notified involved clerks and judge (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 700 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: _____

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| September 25, 1986 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | October 16, 1986 | TO | unpublished #9 73 | C.D. California | Hon. Richard A. Gadbois | |

### Special Transferee Information

DATE CLOSED: 9/28/88

JPML FORM 1  
LISTING OF INVOLVED ACTIONS  
C.D. California  
Judge Richard A. Gadbois

DOCKET NO. 700 -- IN RE LOS ANGELES DEPARTMENT OF WATER AND POWER CONTRACT LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Department of Water and Power of the City of Los Angeles v. ASEA, Inc., et al. | Cal.,C. Gadbois | 86-3493-RG(JRx) | | | 9/28/88 D | |
| A-2 | ASEA, Inc., et al. v. CH2M Hill Northwest, Inc., et al. | Oregon Panner | 86-160PA | 10-16-86 | 86-6948-RG | 8/15/88 R | |
| A-3 | ASEA, Inc. v. Intermountain Power Agency | Utah Greene | CV-86C-0606-G | 10-16-86 | 86-6947-RG | 1/26/89 D | |
| B-~~4~~ | Mark Steel Corp. v. ASEA, Inc. et al | Utah Winder | 86-C-0702A | NOT TR'D | | | |
| B-5 | Capitol Steel Corporation v. Intermountain Power Agency, et al. 6-16-87  opposed 7/1/87 | Okla.W. ~~Lindsey~~ ~~87-1134A~~ Alley | ~~85-4959-B~~ Adversary No. 86-0598-B 87-1134A | NOT TR'D | | | Vacated 9-23-87 |

July 1987 - 3 pdg (2 re/1 XY2)  
July 1988 - Same  
July 1989 - 3 Dis / Litigation Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 700 -- In re Los Angeles Department of Water and Power

Contract Litigation

---

REVISED PANEL ATTORNEY SERVICE
LIST -- 9/22/86

L.A. DEPARTMENT OF WATER & POWER (A-1)
Charles W. Sullivan, Esq.
111 North Hope Street, Room 1520
Los Angeles, California  90012

ASEA, INC., ET AL. (A-2,3)(pltf/deft)
Stuart G. Oles, Esquire
33rd Floor Columbia Center
701 Fifth Avenue
Seattle, Washington  98104-7007

INTERMOUNTAIN POWER AGENCY  (A-3)
Ralph J. Shapira, Esquire
O'Melveny & Myers
400 South Hope St., Suite 1500
Los Angeles, California  90071

MARK STEEL CORP (B-4) (pltf/deft)
Paul J. Walstad, Esquire
Walstad & Babcock
185 South State, Suite 1000
Salt Lake City, Utah  84111

CAPITOL STEEL CORP. (B-5)
David A. Kaserman, Esquire
McClelland, Collins, Bailey,
   Bailey & Manchester
11th Floor, Colcord Bldg.
Oklahoma City, OK  73102

CH2M HILL NORTHWEST, INC.
CH2M HILL, INC./CH2M HILL INT'L CORP.
Dale R. Ulin, Esquire
Ulin, Dann, Elston & Lambe
4800 Columbia Center
701 Fifth Avenue
Seattle, Washington  98104

HIGHLANDS INSURANCE CO.; VIGLANT INSURANCE
COMPANY; REINSURANCE CORP. OF NEW YORK;
PRUDENTIAL REINSURANCE CO.; PACIFIC
INDEMNITY CO.; NORTH AMERICAN REINSURANCE
CORP.; NATIONAL INDEMNITY CO.; LUMBERMEN
MUTUAL CASUALTY CO.; INA REINSURANCE CO.
INSURANCE CO. OF NORTH AMERICA; RELIANCE
INSURANCE CO.; GENERAL REINSURANCE CORP.
EMPLOYER'S REINSURANCE CORP.; AMERICAN
REINSURANCE CO.; ALLSTATE INSURANCE CO.;
EMPLOYERS INSURANCE OF WAUSAU; AMERICAN
INSURANCE CO.; PENNSYLVANIA NATIONAL
MUTUAL CASUALTY INSURANCE CO.;
TRANSAMERICA INSURANCE CO.; CONTINENTAL
CASUALTY CO.; NATIONAL FIRE INSURANCE
CO.; SEABOARD SURETY CO.; U.S. FIDELITY
AND GURANTY CO.; HARTFORD FIRE INSURANCE
CO.; AETNA INSURANCE CO.; TRAVELERS
INDEMNITY CO.; INDUSTRIAL INDEMNITY CO.;
FIREMEN'S INSURANCE CO. OF NEWARK, NEW
JERSEY; ST. PAUL FIRE AND MARINE
INSURANCE CO.; HOME INSURANCE CO.

B. Michael Schestopol, Esquire
Oles, Morrison, Rinker, Stanislaw &
   Ashbaugh
3300 Columbia Center 701 Fifth Avenue
Seattle, Washington 98104

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 700-- IN RE LOS ANGELES DEPARTMENT OF WATER AND POWER CONTRACT LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| ASEA, INC. | A-1; A-2 |
| ASEA, A.B., | A-1; A-2 |
| CH2M HILL COMPANIES, LTD. | A-1 |
| CH2M HILL NORTHWEST, INC. | A-1; A-2 |
| CH2M HILL CENTRAL , INC. | A-1 |
| CH2M HILL, INC. | A-1; A-2 |
| CH2M HILL, INTERNATIONAL CORPORATION | A-1 |
| INTERMOUNTAIN POWER AGENCY | A-3, B-5 |
| The City of Los Angeles, California, Department of Water & Power | B-5 |
| INTERMOUNTAIN POWER PLANT | B-5 |
| | |