JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DOCKET NO. 700

OCT 16 1986

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

PATRICIA D. HOWARD
CLERK OF THE PANEL

IN RE LOS ANGELES DEPARTMENT OF WATER AND POWER CONTRACT LITIGATION

TRANSFER ORDER*

This litigation presently consists of three actions pending in three federal districts: one action each in the Central District of California, District of Oregon and District of Utah. Before the Panel are an amended motion[1]/ and three cross-motions to centralize the actions in a single district for coordinated or consolidated pretrial proceedings. All parties, except Mark Steel Corporation (Mark Steel), agree that centralization is appropriate; however, they disagree regarding the appropriate transferee district. The suggested transferee districts, and the supporters thereof, are as follows: 1) Central District of California -- Los Angeles Department of Water and Power (LADWP) and Intermountain Power Agency (IPA); District of Oregon -- CH2M Hill, Inc. and CH2M Hill Northwest Inc.; and District of Utah -- ASEA A.B and ASEA, Inc. In addition, IPA alternatively suggests centralization in the Utah forum. While Mark Steel opposes inclusion of it in any Section 1407 proceedings, alternatively Mark Steel supports centralization in the Utah forum.

On the basis of the papers filed and the hearing held, the Panel finds that centralization under Section 1407 in the Central Distict of California will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions involve common questions of fact concerning a series of construction contracts arising out of the construction or upgrade of high voltage direct current converter stations for the Intermountain Power Project (Intermountain Power) and the Pacific Intertie Upgrade (Pacific Intertie) and the responsibility of the parties for delays, allegedly faulty equipment, cost overruns as well as design and construction changes. Centralization under Section 1407 is thus necessary in order to avoid duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

---

* Judge Sam C. Pointer, Jr., took no part in the decision of this matter.

[1]/ On September 9, 1986, movant attempted to again amend its motion to include two related actions, but this amendment was filed too late to be effective for the hearing held by the Panel on September 25, 1986. These actions, as well as any other related actions, will be treated as potential tag-along actions. See Rules 9 and 10, R.P.J.P.M.L., 89 F.R.D. 273, 278-80 (1981).

-2-

    We are persuaded, on balance, that the Central District of
California is the appropriate transferee forum.  We note that LADWP
acted as the project manager for IPA in the construction, management
and operation of Intermountain Power and is the operator and
part-owner of a converter station in the Pacific Intertie.  Thus,
witnesses and documents relating to both projects can be found in or
near Los Angeles, California.  We also note that Mark Steel may take
steps in the California forum to avoid participating in any pretrial
proceedings which do not concern it.  See, e.g., Manual for Complex
Litigation, Second, §§21.23, 21.453 (1985).

    IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the
actions listed on the attached Schedule A and pending in districts
other than the Central District of California be, and the same hereby
are, transferred to the Central District of California and, with the
consent of that court, assigned to the Honorable Richard A. Gadbois
for coordinated or consolidated pretrial proceedings with the action
pending in that district and listed on Schedule A.

                              FOR THE PANEL:


                              Andrew A. Caffrey
                                 Chairman

SCHEDULE A

MDL-700 -- In Re Los Angeles Department of Water and Power
Contract Litigation

Central District of California

Department of Water and Power of the City of Los Angeles v.
ASEA, Inc., et al., C.A. No. 86-3493-RG(JRx)

District of Oregon

ASEA, Inc., et al. v. CH2M Hill Northwest, Inc., et al., C.A.
No. 86-160PA

District of Utah

ASEA, Inc., v. Intermountain Power Agency, C.A. No.
CV-86C-0-606-G